**Avon M. NEAL, Jr., Plaintiff–Appellant,**

v.

**Former Superintendent SMILEY; Mr. Evans, Assistant Superintendent, Defendants–Appellees.**

**No. 01–7682.**

United States Court of Appeals, Fourth Circuit.

Submitted April 18, 2002.

Decided April 25, 2002.

Avon M. Neal, Jr., Appellant Pro Se.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Avon M. Neal, Jr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Neal v. Smiley*, No. CA–01–506–5–2BR (E.D.N.C. filed Aug. 22, 2001, entered Aug. 23, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*